IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMES DANTHONY SPARKMAN                                                                     PLAINTIFF

       v.                   Civil No. 4:09-cv-04014

DON THORNELL, Interim Sheriff, Miller County,
Arkansas; SHERIFF STOVALL, Sheriff, Miller
County, Arkansas; CHARLES NEFF, Miller
County Correctional Facility; and SGT. R. JONES,
Miller County Correctional Facility                                                          DEFENDANTS

## JUDGMENT

On November 19, 2009, Defendants filed a motion to compel answers to discovery requests (Doc. 26). On December 4, 2009, an order was entered (Doc. 29) granting the motion to compel. Plaintiff was given until 5:00 p.m. on December 23, 2009, to respond to the Defendants' interrogatories and requests for production of documents.

Defendants were advised that if Plaintiff failed to respond to the discovery requests that the Court should be notified by the filing of a motion to dismiss. On January 5, 2010, Defendants filed a motion to dismiss (Doc. 30). Defendants indicate they have not received the discovery responses or any other correspondence from the Plaintiff. Plaintiff has not communicated with the Court. The motion to dismiss (Doc. 30) is granted. This case is dismissed with prejudice.

IT IS SO ORDERED this 19th day of February 2010.

                                                        /s/ Barry A. Bryant
                                                        BARRY A. BRYANT
                                                        UNITED STATES MAGISTRATE JUDGE